Castro v Delisa (2026 NY Slip Op 50335(U))

[*1]

Castro v Delisa

2026 NY Slip Op 50335(U)

Decided on March 16, 2026

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on March 16, 2026
Supreme Court, Westchester County

Steven Castro, Plaintiff,

againstJonathan Delisa, Defendant.

Index No. 50259/2025

Steven CastroJonathan Delisa

Linda S. Jamieson, J.

The following papers numbered 1 to 2 were read on this motion:
Papers   
NumberedOrder to Show Cause and Affidavit 1Letter and Exhibit 2
Defendant, acting pro se, brings his motion seeking to vacate the Judgment of $10,103.56 that the Court granted to plaintiff in August 2025. The motion must be denied for two reasons. First, although the Order to Show Cause directed defendant to serve the motion on plaintiff by overnight mail, fax or email by February 10, 2026 and for defendant to file an affidavit of service by the return date, no such affidavit of service was filed. The Court thus cannot determine whether plaintiff ever received a copy of this motion. For this reason alone, the Court must deny the motion.
The Court must also deny the motion because the Order to Show Cause directed that "Defendant shall submit evidence to support his claim that he was not served, by proving that he did not work at the location at which he was served at the time of service." The address at which he was served was purportedly his work location, 40 Indian Road, Port Chester. Yet instead of demonstrating that that address was not his work address, defendant instead provided a copy of his residential lease. But plaintiff did not claim to have served defendant at his residence. For this reason as well, the Court must deny the motion, without prejudice. Defendant shall send a copy of this Decision and Order to plaintiff by overnight mail, fax or email within two business days of receipt.
The foregoing constitutes the decision and order of the Court.
Dated: March 16, 2026White Plains, New YorkHON. LINDA S. JAMIESONJustice of the Supreme Court